IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CR 02-382 TUC JMR (GEE) |
| ) | |
| v. ) | **O R D E R** |
| ) | |
| CHARLES ALAN THOMPSON, JR. ) | |
| ) | |
| Defendant. ) | |

_____

The District Court, having independently reviewed the pleadings in the court file in this matter and the Magistrate Judge's Report and Recommendation, and no objections having been filed by counsel of record,

**IT IS ORDERED** that the District Court **ADOPTS** the Magistrate Judge's report and recommendation dated August 19, 2008.

**IT IS FURTHER ORDERED** that Final Disposition is set for September 5, 2008 at 11:00 a.m.

DATED this 4th day of September, 2008.

_____
John M. Roll
Chief United States District Judge